**UNITED STATES DISTRICT COURT**

Northern District of California

San Jose Division

JOANN RIGGS,
        Plaintiff,

v.

PROBER & RAPHAEL, et al.,
        Defendants.
_____/

No. C 10-1215 JF

**ORDER GRANTING REQUEST FOR DEFENDANTS' INSURER REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**

Date: August 20, 2010
Mediator: Gregory Walker

    IT IS HEREBY ORDERED that the request for defendants' insurer representative ,Christina Mapes, to be excused from personally attending the August 20, 2010 mediation session before Gregory Walker is GRANTED. Ms. Mapes shall be available by telephone at all times to participate in the mediation in accordance with ADR L.R. 6-10(f)..

    IT IS SO ORDERED.

August 11, 2010        By:        *Elizabeth D. Laporte*
Dated                                        Elizabeth D. Laporte
                                            United States Magistrate Judge