**E-Filed 9/2/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOANN JOSEPHINE RIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>PROBER & RAPHAEL, A LAW CORPORATION, f/k/a POLK, PROBER & RAPHAEL, A LAW CORPORATION, a California corporation; and DEAN RUSSELL PROBER, individually and in his official capacity,<br><br>    Defendants. | Case Number 5:10-cv-01215-JF/HRL<br><br>JUDGMENT |

The Court having granted partial summary judgment for Defendants and dismissed Plaintiff's remaining claims with leave to amend, and Plaintiff having elected not to amend her pleading,

Judgment is hereby entered for Defendants and against Plaintiff.

DATED:  9/2/2010

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-01215-JF/HRL
JUDGMENT
(JFLC2)